# DOVE *v.* UNITED STATES

No. 75–543.   Decided January 19, 1976

PER CURIAM.

The Court is advised that the petitioner died at New Bern, N. C., on November 14, 1975.   The petition for certiorari is therefore dismissed.   To the extent that *Durham* v. *United States,* 401 U. S. 481 (1971), may be inconsistent with this ruling, *Durham* is overruled.

*It is so ordered.*

MR. JUSTICE WHITE dissents.